Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 18-15870-AMC

MAGDA STANLEY  
33 HEATHERWOOD HILL ROAD  
NORRISTOWN PA 19403

Petition Filed Date: 09/06/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $293.00 | | 09/12/2022 | $293.00 | | 01/23/2023 | $40.00 | |
| 01/23/2023 | $1,150.00 | | 02/10/2023 | $293.00 | | 03/10/2023 | $293.00 | |
| 04/10/2023 | $293.00 | | 05/10/2023 | $293.00 | | 06/12/2023 | $293.00 | |
| 07/11/2023 | $293.00 | | | | | | | |

**Total Receipts for the Period: $3,534.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,026.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FAY SERVICING LLC »» 001 | Mortgage Arrears | $14,201.71 | $13,852.59 | $349.12 |
| 2 | DANIEL T MC GRORY ESQ »» 002 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,026.00 | Current Monthly Payment: | $293.00 |
| Paid to Claims: | $15,352.59 | Arrearages: | ($18.00) |
| Paid to Trustee: | $1,406.78 | Total Plan Base: | $17,301.00 |
| Funds on Hand: | $266.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.